Carl Kremer [Bar No. 251804]
carl@mokrlaw.com
Brent Gerome [Bar No. 291698]
brent@mokrlaw.com
MOADDEL KREMER & GEROME LLP
3435 Wilshire Boulevard, Suite 2430
Los Angeles, California 90010
Telephone: (323) 900-0260
Facsimile: (323) 999-5109

Attorneys for Plaintiff, CLAUDIA MCELROY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MCELROY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:21-CV-01895<br><br>**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT** |

<u>COMPLAINT FOR NEGLIGENCE RESULTING IN PERSONAL INJURIES AND MONETARY DAMAGES</u>

COMES NOW the Plaintiff, Claudia McElroy, by and through her attorneys, Carl Kremer and Brent Gerome of Moaddel Kremer & Gerome LLP., and for her causes of action against Defendant herein, state and allege the following:

1

## JURISDICTION, VENUE, AND JURY TRIAL REQUEST

1. This Court has Subject Matter Jurisdiction over this action pursuant to 28 USC §1346(b)(1).

2. Venue is proper in this District pursuant to 28 USC §1391(b)(2) and 28 USC §1391(e).

## THE PARTIES

3. Plaintiff, Claudia McElroy, is a resident of Los Angeles, California.

4. Defendant, United States of America, is a sovereign nation and exists under the Constitution and the laws enacted by the United States Congress. The United States Postal Service is, and at all times relevant to this lawsuit was, an agency of the United States Executive Branch, and is organized and existing under the laws of the United States of America and the United States Constitution.

5. Upon information and belief, and at all times material hereto, Eugene Hunter Craig was the employee of Defendant, who so negligently operated his vehicle on the Central Avenue in Los Angeles, California near the intersection with 85th Street in the course and scope of his employment at the time of the accident. At the time of the accident Mr. Craig was a resident of Los Angeles, California.

## GENERAL ALLEGATIONS

6. On Monday, March 11, 2019 at approximately 12:00 PM Plaintiff Claudia McElroy was driving her 2001 Dodge Durango (plate no. DP617UP) Southbound on Central Avenue in Los Angeles, California.

7. On Monday, March 11, 2019 at approximately 12:00 PM Eugene Hunter Craig was a member of the United States Postal Service and was acting in the course and scope of his employment.

8. On Monday, March 11, 2019 at approximately 12:00 PM Mr. Eugene Hunter Craig was driving a 2017 Ford Econ owned by the United States Postal

Service Southbound on Central Avenue in Los Angeles, California. immediately behind Plaintiff.

9. At approximately 12:00 PM, Plaintiff Claudia McElroy began slowing and came to a stop for traffic, at which point Mr. Eugene Hunter Craig collided into the rear of her vehicle.

10. As a result of the collision, Plaintiff Claudia McElroy's vehicle suffered property damage.

11. As a result of the collision, Plaintiff Claudia McElroy suffered physical injury and emotional distress.

12. Plaintiff Claudia McElroy, through her counsel, submitted a Claim for Damage, Injury, or Death to the Office of the Judge Advocate General.

## FIRST CAUSE OF ACTION
### (Negligence)

13. All of the foregoing allegations are incorporated herein as though fully set forth in detail.

14. At the time and place alleged, while Plaintiff was in the process of coming to a stop for traffic while traveling Southbound on Central Avenue, Defendant did so negligently entrust, own, maintain, operate, and drove the aforementioned 2017 Ford Econ so as to cause it to collide with Plaintiff, causing damage to Plaintiff's vehicle, thereby proximately causing damages to Plaintiff, including but not limited to, property damage and physical injuries to Plaintiff..

15. Defendant United States of America's employee, Eugene Hunter Craig, was negligent when traveling at an unsafe speed Southbound on Central Avenue, and failing to be properly attentive and otherwise failing to act prudently under the circumstances, all of which negligence and carelessness constitutes the proximate cause of the collision and the injuries and damages to Plaintiff.

16. Plaintiff suffered physical harm and injuries as a result of the collision.

17. As a proximate result of these injuries, Plaintiff has endured and will continue to endure, pain and suffering and mental anguish.

18. Plaintiff has expended, and will continue to expend, sums for medical expenses, and as a proximate result of the negligence of Defendants, and each of them, Plaintiff will continue to incur medical, the exact amount of which is unknown to Plaintiff at this time.

## SECOND CAUSE OF ACTION
(Negligence Per Se – California Vehicle Code §22107)

19. All of the foregoing allegations are incorporated at this point as though fully set forth in detail.

20. California Vehicle Code §22350 states: "No person shall drive a vehicle upon a highway at a speed greater than is reasonable or prudent having due regard for weather, visibility, the traffic on, and the surface and width of, the highway, and in no event at a speed which endangers the safety of persons or property."

21. Defendant's employee, Eugene Hunter Craig, did so drive his vehicle at an unsafe speed, greater than as reasonable or prudent considering the circumstances, when he was unable to stop and collided with the rear of Plaintiff's vehicle.

22. As a proximate cause of Defendant's employee, Eugene Hunter Craig, violating California Vehicle Code §22350, Plaintiff suffered property damage and physical injury, as well as related pain and suffering and mental anguish, because of the collision.

WHEREFORE Plaintiff, Claudia McElroy, prays for judgment in her favor and against Defendant United States of America as follows:

A. Compensatory damages, including damages for past and future physical pain and suffering mental anguish and emotional distress, medical expenses, loss of enjoyment of life, loss of earning capacity, and any other compensatory damages, for each count alleged in the Complaint;

B. Interest accrued after judgment;

C. Costs of suit;

D. Attorney's fees pursuant to 28 USC §2412(b);

E. Any other such and further relief as the Court deems just and proper.

DATED: March _1_, 2021        MOADDEL KREMER & GEROME LLP

By: _____
Carl Kremer
Attorneys for Plaintiff, CLAUDIA MCELROY